IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3066 |
| | ) | |
| v. | ) | |
| | ) | |
| CROSSROADS PLAZA, L.P., a | ) | MEMORANDUM AND ORDER |
| Nebraska Limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has filed a motion to file an amended complaint which names Friedman Family Limited Partnership and BNS Property I, LLC as defendants, and dismisses Crossroad's Plaza, L.P. as a defendant. (Filing No. 12). The plaintiff's motion states the incorrect defendant was identified as the owner of the property at issue in this litigation, and Friedman Family Limited Partnership and BNS Property I, LLC currently own the property. Crossroad's Plaza, L.P. has not filed a response, and the response deadline has passed. The motion is deemed fully submitted. Accordingly,

IT IS ORDERED:

1) The plaintiff's motion to file an amended complaint and to dismiss defendant Crossroad's Plaza, L.P., (filing no. 12), is granted.

2) Plaintiff's claims against defendant Crossroad's Plaza, L.P. are dismissed.

3) On or before August 14, 2009, the plaintiff shall file her amended complaint, a copy of which is attached to her motion as Exhibit C.

August 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge