IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3066 |
| | ) | |
| V. | ) | |
| | ) | |
| FRIEDMAN FAMILY LIMITED PARTNERSHIP, A NEBRASKA LIMITED PARTNERSHIP, BNS PROPERTY I, LLC, A NEBRASKA LIMITED LIABILITY COMPANY, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

    The plaintiff has filed a notice voluntarily dismissing defendant Friedman Family Limited Partnership, (filing no. 25), and has filed a second amended complaint adding a new defendant, Sortino Asset Management Company, LLC, a Nebraska Limited Liability Company, (filing no. 23).

    Friedman Family Limited Partnership has not filed an answer or a motion for summary judgment, and therefore plaintiff's notice of dismissal serves to voluntarily dismiss this defendant without the need for a court order. Fed. R. Civ. P. 41(a)(1(A)(i).

    However, the plaintiff did not seek leave to file a second amended complaint or to add a party as required under Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure. Therefore, the plaintiff's second amended complaint was improperly filed. Accordingly,

IT IS ORDERED:

1) Defendant, Friedman Family Limited Partnership is dismissed pursuant to the plaintiff's notice of voluntary dismissal.

2) The plaintiff's second amended complaint, (filing no. 23), is stricken without prejudice to re-filing with leave of the court upon a properly filed motion.

3) The clerk shall not issue a summons for service upon Sortino Asset Management Company, LLC, a Nebraska Limited Liability Company, as requested by the plaintiff, (filing no. 24), unless and until the court grants the plaintiff leave to amend her complaint to add this defendant.

DATED this 21st day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge