IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3066 |
| | ) | |
| v. | ) | |
| | ) | |
| BNS PROPERTY I, LLC, A | ) | ORDER |
| NEBRASKA LIMITED LIABILITY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   The plaintiff's motion for leave to file a second amended complaint, (filing no. 28), is granted, and

2)   The plaintiff's proposed second amended complaint, (filing no. 29), which was deemed  attached to her motion, shall be filed on or before September 23, 2009.

DATED this 16th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge