UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LORINDA BROWN,                                CASE NO.: 4:09-cv-3066-RGK-DLP

        Plaintiff,

vs.

1.  SORTINO ASSET MANAGEMENT
COMPANY, LLC, a Nebraska limited liability company,

2.  BNS PROPERTY I, LLC, a Nebraska limited
liability company,

        Defendants.
_____/

PLAINTIFF'S RESPONSE TO COURT'S MEMORANDUM AND ORDER,
DATED NOVEMBER 6, 2009

COMES NOW, Plaintiff, LORINDA BROWN, by and through the undersigned counsel, and hereby responds to the Court's Memorandum and Order, dated November 6, 2009 [Dkt# 43], as follows:

1. Counsel for the Plaintiff and counsel for Sortino Asset Management ("Sortino") have resolved the injunctive relief issues in the case that concern Sortino.

2. Sortino has made modifications to its property and has forwarded documentation and photographs confirming same.

3. In addition, the parties have reached an agreement regarding fees and costs.

4. Consistent with the above Plaintiff will not be serving Sortino and bringing it into the case.

Dated: 11/20/09         s/Stephan M Nitz
Stephan M. Nitz
Florida Bar No. 45561
snitz@szalaw.com
Schwartz Zweben, L.L.P.

### *Attorneys for Plaintiff*

3876 Sheridan Street
Hollywood, Florida 33021
Telephone:  (954) 966-2483
Facsimile:   (954) 966-2566


By:____/s/Marvin L. Andersen_____
Marvin L. Andersen, Esquire
NE Bar No: 22377
Michael P. Kneale, Esquire
NE Bar No: 19324
Bradley, Elsbernd, Emerton, Andersen
  & Kneale, P.C.
202 W. Third Street
P.O. Box 639
Grand Island, NE  68802-0639
(308)382-2128-telephone
(308)382-2014-facsimile
marvin@bradleylawoffice.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2009, I electronically filed the foregoing document, Plaintiff's Response to the Court's Memorandum & Order, Dated Nov. 6, 2009 with the Clerk of the Court, and to the following ECF Registrants:
 Gregory C. Scaglione, Esquire at greg.scaglione@koleyjessen.com,
 J. Daniel Weidner, Esquire at Daniel.weidner@koleyjessen.com ; and to
Marvin L. Andersen, Esquire at marvin@bradleylawoffice.com and Michael P. Kneale at mike@bradleylawoffice.com .

____/s/ Stephan M. Nitz___
Stephan M. Nitz